STATE v. McLAUGHLIN

No. 284P87.

Case below: 86 N.C. App. 112.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

STATE v. NASH

No. 285P87.

Case below: 85 N.C. App. 721.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

STATE v. PARKER

No. 213P87.

Case below: 85 N.C. App. 172.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

STATE v. PERRY

No. 410PA87.

Case below: 86 N.C. App. 233.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed solely as to conviction for possession of a firearm 3 September 1987.       ·

STATE v. PRATT

No. 367P87.

Case below: 86 N.C. App. 112.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.